**United States Bankruptcy Court**
**Western District of Washington**
http://www.wawb.uscourts.gov

**AMENDMENT COVER SHEET**

| | | | |
|---|---|---|---|
| DEBTOR LAST NAME | Martin | | |
| CASE NUMBER | 2:15-bk-15640 | CHAPTER | 7 |
| ATTORNEY FOR DEBTOR | Jon A Clark | PHONE | 206 675-0303 |

**PLEASE CHECK WHAT IS BEING AMENDED**

**PLEASE INDICATE WHICH SCHEDULE IS BEING AMENDED - *ONLY ONE $30 FEE REQUIRED IF AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS. SUBMIT ORIGINAL ONLY NO COPIES REQUIRED**

**1. PETITION:** Change debtor(s) name requires Motion and Ex Parte Order (No fee required)

**2. MATRIX:** Adding, Deleting Creditors (Requires $30 Fee)

  No fee is required when the nature of the amendment is to change the address of a creditor or an attorney for a creditor listed on the schedules or to add the name and address of an attorney for a listed creditor.

**When submitting an amended Matrix, send Matrix with ONLY the amended creditors.**
ECF filers are required to upload additional creditors into ECF. To do so, login to ECF, select the Bankruptcy menu, then click on the Creditor Maintenance hyperlink.

**3. SCHEDULES:**

  **D, E, F (Requires $30 fee)**

  A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.

  **A, B, C, G, H, I, J, (No fee required)**

**4. AMENDING AMOUNTS/TOTALS OF SCHEDULES:**
  **D, E, F (Requires $30 fee)**

  **A, B, C, G, H, I, J, (No fee required)**

**5. STATEMENT OF FINANCIAL AFFAIRS (No fee required)**

It is the responsibility of the debtor to notify additional creditors by sending a section 341 meeting of creditors notice and/or Discharge Order to the individuals or companies added to the schedules/matrix. A certificate of mailing in regard to this notification filed with the Clerk's office is appropriate. If the case presently is closed a Motion To Reopen, Notice of Hearing, Proposed Order and Proof of Service, a filing fee, and the amendment fee must accompany the amendment.

  */s/ Cheryl D Martin*
  Signature of Debtor

LBR Form 2
Rev. 03/06/12